IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATIONWIDE GENERAL INSURANCE CO.,** *Plaintiff,* | : | **CIVIL ACTION** |
| **v.** | : | |
| **BRYN MORRIS ENTERPRISES, LLC d/b/a BWM ELECTRIC,** ***et al.*****,** ***Defendants.*** | : | **NO. 26-00018** |

**ORDER**

**AND NOW**, this **18th** day of **November 2026**, upon consideration of Defendant and Third-Party Plaintiff PECO Energy Company's ("PECO") Motion for Default Judgment Against Third-Party Defendant Chuck Mandracchia TPM Organization, LLC (the "Motion") (ECF No. 48), and the docket, and there being no response to PECO's Motion, it is hereby **ORDERED** that PECO's Motion (ECF No. 48) is **GRANTED** as follows:

1. A default judgment is entered in favor of PECO Energy Company and against Third-Party Defendant Chuck Mandracchia TPM Organization, LLC as to liability on PECO's contribution claim. This Order does not determine the percentage of liability, if any, between and amongst the parties.
2. The amount of any recovery is reserved for later determination pursuant to Federal Rule of Civil Procedure 55(b)(2), upon supplemental application by PECO.
3. PECO's alternative claim for common law indemnification remains pending.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**